**Motion to Extend Time to File Notice of Appeal Granted; Motion and Supplement to Motion to Dismiss Denied; and Order filed July 28, 2022**



In The

# Fourteenth Court of Appeals

_____

NO. 14-22-00190-CV

_____

**RED BLUFF, LLC, Appellant**

**V.**

**NICOLE TARPLEY, Appellee**

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-50146**

## ORDER

Appellant has filed a motion to extend time to file its notice of appeal. Appellee responded and moved to dismiss the appeal for want of jurisdiction.

The record reflects the judgment was signed February 4, 2022. The notice of appeal was due March 7, 2022. *See* Tex. R. App. P. 26.1. Appellant filed its notice

of appeal on March 14, 2022, a date within the 15-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617–18 (1997) (construing the predecessor to Rule 26).

We grant appellant's motion to extend time to fie its notice of appeal and deny appellee's motion.

PER CURIAM

Panel Consists of Justices Chief Justice Christopher and Justices Wise and Jewell.